

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Misael Marquez Hernandez,   * From the 358th District Court
of Ector County,
Trial Court No. D-18-2126-CR.

Vs. No. 11-22-00064-CR   * March 14, 2024

The State of Texas,   * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Trotter, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.